IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALTERRA HEALTHCARE CORPORATION, | ) | Case No. 03-10254 (MFW) |
| | ) | |
| Debtor. | ) | Re: Docket No. 280 |

**ORDER AUTHORIZING (I) ADOPTION AND IMPLEMENTATION OF A RETENTION INCENTIVE BONUS PLAN FOR CERTAIN KEY EMPLOYEES AND (II) THE ASSUMPTION OF CERTAIN EXISTING EMPLOYMENT AGREEMENTS WITH SELECT SENIOR MANAGEMENT PURSUANT TO SECTIONS 105(a), 363(b), 365 AND 503(b)(1) OF THE BANKRUPTCY CODE**

Upon the motion (the "Motion") of the above-captioned debtor and debtor in possession (the "Debtor") for entry of an order pursuant to sections 105(a), 363(b), 365 and 503(b)(1) of title 11 of the United States Code (the "Bankruptcy Code") authorizing (i) adoption and implementation of a retention incentive bonus plan (the "Retention Plan") for certain key employees (the "Key Employees") and (ii) entry into amended employment agreements or the assumption of existing Employment Agreements (collectively, the "Employment Agreements") with select senior management (the "Senior Employees"), all as more fully set forth in the Motion; and the Court having jurisdiction over this matter; and due and adequate notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and after consideration of the Motion, it appearing that the relief requested in the Motion is in the best interests of the Debtor, its estate, creditors and other parties in interest; and upon all of the proceedings had before the Court; and the Motion having been withdrawn with respect to the Employment Agreement of Patrick Kennedy; and the objection of the Official Committee of Unsecured Creditors having been resolved with respect to the relief requested in this Order; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED, that the relief requested in the Motion is granted; and it is further
WP3:857153.6        58574.1001

ORDERED, that the terms of the Retention Plan as described in the Motion are approved; and it further

ORDERED, that pursuant to sections 105(a) and 363(b) of the Bankruptcy Code, the Debtor is authorized to implement the Retention Plan on the terms and conditions set forth in the Motion; and it is further

ORDERED, that the Debtor is authorized to assume the Employment Agreements of Mr. Rothman and Mr. Hoaglund; and it is further

ORDERED, that the Debtor is authorized and empowered to take such actions as may be reasonably necessary to effectuate the terms and conditions of the Severance Plan and the Employment Agreements of Mr. Rothman and Mr. Hoaglund.

Dated: Wilmington, Delaware
       March 28, 2003

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

2

WP3:857153.6                                                      58574.1001